IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re:<br><br>**KRISTI LYN WILKINSON**,<br><br>Debtor. | Bankruptcy Number: 06-20441<br><br>Chapter 13 |
|---|---|

**NOTICE OF DISMISSAL UNDER § 521(i)(1)**

Pursuant to 11 U.S.C. § 521(i)(1), the Court issues the following Notice of Dismissal. The Debtor, Kristi Lyn Wilkinson, failed to timely file all payment advices required by § 521(a)(1)(B)(iv). As a result, the Court hereby gives notice to all parties in interest that the Debtor's case was dismissed by operation of statute effective April 8, 2006.

-------------------------------------------END OF DOCUMENT-------------------------------------------

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing **NOTICE OF DISMISSAL UNDER § 521(i)(1)** will be effected through the Bankruptcy Noticing Center to all parties on the official mailing matrix.